Waiver of Indictment

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. __18 CR-10325-DJC__ |
| ) | |
| KIMBERLY KITTS ) | |

### WAIVER OF INDICTMENT

I, KIMBERLY KITTS, the above-named defendant, who is accused of investment adviser fraud in violation of 15 U.S.C. § 80(b), wire fraud in violation of 18 U.S.C. § 1343 and aggravated identity theft in violation of 18 U.S.C. § 1028A, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on November 19, 2018 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Kimberly Kitts

_____
Michael Mattson
Counsel for Kimberly Kitts

Before: _____
Denise J. Casper
United States District Court Judge