UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **FILED UNDER SEAL** |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-CR-10325-001-DJC |
| ) | |
| KIMBERLY KITTS, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' MOTION TO FILE UNDER SEAL EMERGENCY MOTION FOR A WRIT AND RESTRAINING ORDER UNDER THE ALL WRITS ACT**

The United States hereby moves (the "Motion"), pursuant to Rule 7.2 of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), to file under seal the attached (i) Emergency Motion for a Writ and Restraining Order under the All Writs Act (the "Emergency Motion to Restrain") and, (ii) proposed Writ and Restraining Order. In support of the Motion, the United States respectfully asserts the following:

The United States seeks to file the Emergency Motion to Restrain and the proposed Writ and Restraining Order under seal in order to preserve the status quo and to ensure, as more fully described in the Emergency Motion to Restrain, that the above-captioned Defendant's assets are available for application to the imminent restitution under the Mandatory Victim Restitution Act ("MVRA"), 18 U.S.C. §3663A. Filing the Emergency Motion to Restrain and the proposed Writ and Restraining Order on the docket would provide the Defendant with an opportunity to dissipate or liquidate assets held by the Defendant before they can be preserved for restitution for the benefit of the Defendant's victims.

WHEREFORE, the United States requests that this Motion be granted, thereby sealing all related documents until further order by this Court. A proposed Order to seal is attached.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

ANDREW E. LELLING
United States Attorney

Date: January 18, 2019         By:   /s/ Raquelle L. Kaye
                                     Raquelle L. Kaye
                                     Assistant United States Attorney
                                     1 Courthouse Way, Suite 9200
                                     Boston, MA 02210
                                     Tel. No. (617) 748-3403
                                     raquelle.kaye@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document **will not** be filed through the ECF system, nor will service be made to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will not be sent to those indicated as non-registered participants via first class mail due to the sensitive nature of this matter.

/s/ Raquelle L. Kaye
RAQUELLE L. KAYE
Assistant United States Attorney

## LOCAL RULE 7.1 CERTIFICATION

The United States takes the position that Local Rule 7.1 does not apply in this circumstance because to do so would undermine the reason(s) for filing this motion under seal.