UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED UNDER SEAL** |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:18-CR-10325-001-DJC |
| KIMBERLY KITTS, | ) | |
| Defendant. | ) | |

### ORDER TO SEAL

Upon consideration of the Motion[1] to seal filed by the United States, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the Motion, this Order, the Emergency Motion to Restrain, and the Writ and Restraining Order shall be filed under seal; and it is further

ORDERED that the United States shall serve all sealed documents on the Defendant within three business days from the date of any order granting or denying the Emergency Motion to Restrain; and it is further

ORDERED, upon proper service of all sealed documents on the Defendant, the United States shall file a motion to unseal all such documents within three business days from serving the documents.

Date: January 22, 2019

Denise J. Casper
United States District Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.