UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-CR-10325-001-DJC |
| | ) | |
| KIMBERLY KITTS, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO UNSEAL

As discussed in the memorandum in support submitted herewith, the United States respectfully requests that this Court unseal the documents (Doc. Nos. 20-5) filed *under seal* by the United States, because the Defendant has been served with the Writ and Restraining Order. Doc. No. 25.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

ANDREW E. LELLING
United States Attorney

Date: January 24, 2019      By:   /s/ Raquelle L. Kaye
Raquelle L. Kaye
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3403
Raquelle.Kaye@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2019, this document was filed through the ECF system and was sent electronically to any registered participants.

Date: January 24, 2019                    /s/ Raquelle Kaye
                                                    Raquelle Kaye
                                                    Assistant United States Attorney