UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-CR-10325-001-DJC |
| | ) | |
| KIMBERLY KITTS, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM IN SUPPORT OF MOTION TO UNSEAL

For the reasons set forth below, the United States respectfully requests that this Court unseal the documents (Doc. Nos. 20-5) filed *under seal* by the United States because the Writ and Restraining Order (Doc. No. 25) have been served on the Defendant.

### BACKGROUND

On September 18, 2018, an Information was filed against the Defendant. (Doc. No. 1). According to the Information, beginning at least in or about 2011, the Defendant, "engaged in a scheme to misappropriate assets from her clients' variable annuity and brokerage accounts." *See* Information, ¶4. In or about August 2017, the Defendant's employer (the "Financial Services Firm") began investigating the Defendant for misappropriating approximately $3,085,939.00 from her clients at the Financial Services Firm. *See* Information, ¶14, 16 (Doc. No. 1). The Defendant's victims included an individual who had been her client for 7 years and a retired couple who had been her client for twelve years. *See* Information ¶ 3. On November 19, 2018, the Defendant waived indictment and pled guilty to one count of Investment Adviser Fraud in violation of 15 U.S.C. §80(b), four counts of Wire Fraud in violation of 18 U.S.C. §1343, and one count of Aggravated Identity Theft in violation of 18 U.S.C. §1028A. *See* Waiver of Indictment (Doc. No. 17). Sentencing is currently scheduled for March 20, 2019. Doc. No. 18.

Restitution is mandatory to victims of offenses against property, including any offense committed by fraud or deceit, and restitution must be ordered "to each victim in the full amount of the victim's losses as determined by the court without consideration of the economic circumstances of the defendant." See 18 U.S.C. §§ 3663A(c)(1)(A)(ii) and 3664(f)(1)(A). The total anticipated amount for restitution owed by Defendant is $3,085,939.00. Although this restraining order is not sought for the purpose of preserving assets for forfeiture, the United States also anticipates seeking a forfeiture money judgment against Defendant.

In an effort to preserve assets for the collection of criminal monetary penalties anticipated to be imposed at sentencing, the United States filed a Notice of Appearance, a Motion to File Under Seal, and an Emergency Motion for a Writ and Restraining Order *under seal* on January 18, 2019. Doc. Nos. 20-2.

On January 22, 2019, the Court granted both the Motion to File Under Seal, as well as the Emergency Motion for Writ and Restraining Order, and issued the Order to Seal and the Writ and Restraining Order *under seal*. Doc. No. 23-5.

 On January 24, 2019, a Certificate of Service was filed stating the Defendant received service of the *sealed* Notice of Appearance, Motion to File Under Seal, Emergency Motion for Writ and Restraining Order, as well as the Order to Seal and the Writ and Restraining Order via certified mail on January 23, 2019.

## CONCLUSION

Consequently, the United States respectfully requests that this Court unseal the documents (Doc. Nos. 20-5) filed *under seal* by the United States because service has been made as to the Writ and Restraining Order. Doc. No. 25.

>
> Respectfully submitted,
>
> UNITED STATES OF AMERICA
> By its attorneys
>
> ANDREW E. LELLING
> United States Attorney

Date: January 24, 2019      By:   /s/ Raquelle L. Kaye
                                  Raquelle L. Kaye
                                  Assistant United States Attorney
                                  1 Courthouse Way, Suite 9200
                                  Boston, MA 02210
                                  Tel. No. (617) 748-3403
                                  Raquelle.Kaye@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019, this document was filed through the ECF system and was sent electronically to any registered participants.

Date: January 24, 2019          /s/ Raquelle Kaye
                                Raquelle Kaye
                                Assistant United States Attorney