AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

UNITED STATES OF AMERICA

V.
Kimberly Kitts

**WARRANT FOR ARREST**

Case Number: 18-10325- DJC

*[Stamp: RECEIVED U.S. MARSHALS SERVICE BOSTON, MA 2019 FEB -4 A 11: 46]*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Kimberly Kitts
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

*[Stamp: U.S. DISTRICT COURT DISTRICT OF MASS. 2019 FEB 13 PM 2: 05 FILED IN CLERKS OFFICE]*

charging him or her with   (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

| Matthew McKillop | *[signature]* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 2/4/2019    U.S. District Court, Boston MA |
| Title of Issuing Officer | Date    Location |

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/12/19

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |