# United States Court of Appeals
## For the First Circuit

No. 19-1325

UNITED STATES

Appellee

v.

KIMBERLY KITTS

Defendant - Appellant

**MANDATE**

Entered: March 24, 2022

In accordance with the judgment of March 3, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Sara Miron Bloom
Raquelle L. Kaye
Kimberly Kitts
Donald Campbell Lockhart
Vivian Shevitz